IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| PAUL W. COSBY, M.D., | : |
| | : |
| Plaintiff, | : |
| | : 3:10-CV-01881 |
| v. | : |
| | : (JUDGE MARIANI) |
| RENEE MAGNOTTA, et al., | : |
| | : |
| Defendants. | : |

## ORDER

AND NOW, THIS 24th DAY OF FEBRUARY, 2014, in accordance with the Court's Memorandum Opinion, **IT IS HEREBY ORDERED THAT**:

1. Plaintiff's Motion for Summary Judgment (Doc. 52) is **DENIED**.

2. Defendants' Motion for Summary Judgment (Doc. 62) is **GRANTED IN PART** and **DENIED IN PART**, to wit:

    a. The Motion is **GRANTED** as to Count II (Unlawful Search) of Plaintiff's Second Amended Complaint.

    b. The Motion is **DENIED** as to Count I (Unlawful Seizure), Count III (Conspiracy), and Count VII (Supervisory Liability) of Plaintiff's Second Amended Complaint.

3. The case will be scheduled for trial on Counts I, III, and VII.

 

_[signature]_
Robert D. Mariani
United States District Judge