IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **PAUL W. COSBY, M.D.,** | : |
| **Plaintiff,** | : |
| | : 3:10-CV-01881 |
| v. | : |
| | : (JUDGE MARIANI) |
| **RENEE MAGNOTTA, et al.,** | : |
| **Defendants.** | : |

## ORDER

AND NOW, THIS 8th DAY OF MAY, 2014, in accordance with the Court's Memorandum Opinion, **IT IS HEREBY ORDERED THAT**:

1. Defendants' Motion for Reconsideration (Doc. 93) is **DENIED**.

2. The Court's Pretrial Scheduling Order of March 4, 2014 (Doc. 90) shall **REMAIN IN EFFECT** unless otherwise modified by Court Order.

_____
Robert D. Mariani
United States District Judge